UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HADAR MEIRI, | Case No. 16-cv-00103-JST |
|---|---|
| Plaintiff, | |
| v. | **SCHEDULING ORDER** |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendant. | |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
|---|---|
| Deadline to add parties or amend the pleadings | April 27, 2016 |
| Fact discovery cut-off | September 15, 2016 |
| Plaintiff's motion for judgment pursuant to Rule 52 | October 19, 2016 |
| Defendant's motion for judgment pursuant to Rule 52 | November 9, 2016 |
| Plaintiff's responsive brief | November 30, 2016 |
| Defendant's responsive brief | December 21, 2016 |
| Motion hearing | January 12, 2017 |

The Court will not set time limits on argument now, but notes that argument will take less than the two hours requested by the parties. ECF No. 18 at 8.

The Case Management Conference scheduled for April 20, 2016 is VACATED.

1 Counsel may not modify these dates without leave of court. The parties shall comply with
2 the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

3 The parties must take all necessary steps to conduct discovery, compel discovery, hire
4 counsel, retain experts, and manage their calendars so that they can complete discovery in a timely
5 manner. All counsel must arrange their calendars to accommodate these dates, or arrange to
6 substitute or associate in counsel who can.

7 Dates set by this Court should be regarded as firm. Requests for continuance are
8 disfavored. The Court will not consider any event subsequently scheduled by a party, party-
9 controlled witness, expert or attorney that conflicts with the above dates as good cause to grant a
10 continuance. The Court will not consider the pendency of settlement discussions as good cause to
11 grant a continuance.

12 IT IS SO ORDERED.

13 Dated: April 19, 2016

_____
JON S. TIGAR
United States District Judge