1  Rebecca Grey (State Bar No. 194940)
   Email:  grey@greylaw-sf.com
2  Kate Rozenvasser (State Bar No. 251403)
   Email:  ksr@greylaw-sf.com
3  THE GREY LAW FIRM, P.C.
   235 Montgomery Street, Suite 1101
4  San Francisco, California 94104
   Telephone: (415) 262-9926
5  Facsimile: (415) 262-9981

6
   Attorneys for Plaintiff
7  HADAR MEIRI

8                   UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO

11

12  HADAR MEIRI,                    )  Case No.  3:16-cv-00103-JST
                                    )
13            Plaintiff,            )  **STIPULATION REGARDING**
                                    )  **BRIEFING SCHEDULE FOR**
14  v.                              )  **CROSS-MOTIONS FOR**
                                    )  **JUDGMENT AND REQUEST FOR**
15  HARTFORD LIFE AND ACCIDENT      )  **CHANGE IN HEARING DATE;**
    INSURANCE COMPANY,              )  **ORDER**
16                                  )
17            Defendant.            )  Complaint Filed: January 7, 2016
                                    )
18                                  )
                                    )
19                                  )
                                    )
20  _____)

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By and through their counsel of record, Plaintiff Hadar Meiri ("Meiri") and Defendant Hartford Life and Accident Insurance Company ("Hartford") hereby stipulate and respectfully request that the Court permit a continuance of the following briefing schedule deadline and corresponding change in the hearing date. Good cause exists as follows:

Whereas in this ERISA case, the Court set a briefing schedule for the parties' respective cross-Motions for Judgment under FRCP Rule 52. (Doc 19) Plaintiff Meiri filed her Motion for Judgment on October 19, 2016. Defendant Hartford filed its Motion for Judgment on November 9, 2016.

Whereas Rebecca Grey, Attorney for Plaintiff Meiri, required medical leave and rehabilitation following major surgery in late October; the limited hours available by legal staff; and conflicts arising from the winter holidays have created an administrative hardship.

Whereas the parties have met and conferred and propose the following new briefing schedule to accommodate these unavoidable issues:

- Plaintiff's responsive brief, currently due November 30, 2016, shall be extended to January 5, 2017.
- Defendant's responsive brief, currently due December 21, 2016, shall be extended to February 2, 2017.
- The parties request that the Motion hearing date and time on this matter, currently set for January 12, 2017 at 2:00 pm, be moved to February 16, 2017 at 2:00 pm.

No prior continuances have been requested.

IT IS SO STIPULATED:

Dated: November 21, 2016                    THE GREY LAW FIRM, P.C.

By:  */s/ Rebecca Grey*
     Rebecca Grey
     Attorney for Plaintiff
     HADAR MEIRI

Dated: November 21, 2016

BURKE, WILLIAMS & SORENSEN, LLP

By:   */s/ Melissa M. Cowan*

Melissa M, Cowan
Attorney for Defendant
HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: November 21, 2016

Honorable Jon S. Tigar
UNITED STATES DISTRICT COURT JUDGE

STIPLATION FOR REVISED BRIEFING SCHEDULE                    Case No.  3:16-cv-00103-JST