Rebecca Grey (SBN 194940)
E-mail: grey@greylaw-sf.com
Kate Rozenvasser (State Bar No. 251403)
Email:  ksr@greylaw-sf.com
THE GREY LAW FIRM, P.C.
235 Montgomery Street, Suite 1101
San Francisco, CA  94104
Tel:  (415) 262-9926       Fax:  (415) 262-9981

Attorneys for Plaintiff Hadar Meiri

Melissa M. Cowan, (SBN 175326)
E-mail: mcowan@bwslaw.com
Keiko J. Kojima (SBN 206595)
E-mail:  kkojima@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel:  213.236.0600       Fax:  213.236.2700

Attorneys for Defendant Hartford Life and Accident Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| HADAR MEIRI, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 3:16-cv-00103-JST<br><br>**STIPULATION FOR TWO-WEEK CONTINUANCE FOR REMAINING BRIEFING FOR CROSS -MOTION FOR JUDGMENT AND HEARING DATE; [PROPOSED] ORDER**<br><br>Complaint Filed: January 7, 2016 |

For the reasons set forth below, the parties respectfully request that the Court permit a continuance of the following briefing schedule deadline and corresponding change in the hearing date:

/ / /

/ / /

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4852-6475-5008 v1

- 1 -

CASE NO. 3:16-CV-00103-JST
STIPULATION TO CONTINUE MOTION
BRIEFING DATES

By and through their counsel of record, Plaintiff Hadar Meiri ("Meiri") and Defendant Hartford Life and Accident Insurance Company ("Hartford"), hereby stipulate and respectfully request that the Court permit a two-week continuance of the remaining briefing schedule deadlines with a corresponding change in the hearing date.  Good cause exists as follows:

Whereas in this ERISA case, the Court set a briefing schedule for the parties' respective Cross-motions for Judgment under FRCP Rule 52.  (Doc. 19)  Plaintiff Meiri filed her Motion for Judgment on October 19, 2016.  Defendant Hartford filed its Motion for Judgment on November 9, 2016.

Whereas the parties requested a continuance of the responsive motion deadlines and trial due to the medical leave and rehabilitation of Plaintiff's counsel, Rebecca Grey, in late October, as well as limited availability of legal staff and conflicts from winter holidays.  The Court set the following dates:  Plaintiff's responsive brief extended from November 30, 3016 to January 5, 2017; Defendant's responsive brief extended from December 21, 2016 to February 2, 2017; and the Motion hearing moved from January 12, 2017 to February 16, 2017, at 2:00 p.m.

Since that time, in late November, Defendant's counsel, Melissa M. Cowan, had a trial set for January 30, 2016, in the United States District Court, Northern District of California, in *Arlene Tom v. Hartford Life and Accident Insurance Company*, Case No. 16-cv-01067.  The pre-trial conference in that case is set for January 18, 2017, and the district court has already confirmed trial will proceed as scheduled.  Ms. Cowan is the only attorney handling the *Meiri* case, such that the January 30th trial will affect her ability to prepare and complete Hartford's responsive brief which is due that same week.  Ms. Cowan's husband is also scheduled for surgery on January 25, 2017, and it cannot be moved.

Plaintiff filed her responsive brief on January 5, 2017, which included a motion to strike a prior declaration filed by Defendant's counsel.  The parties met

and conferred and propose the following new schedule to accommodate these unavoidable issues.

- Defendant's opposition to Plaintiff's motion to strike, currently due on January 19, 2017, shall be extended to February 7, 2017.
- Plaintiff's reply for the motion to strike shall be extended to February 16, 2017
- Defendant's responsive brief for the cross-Motion for Judgment, currently due on February 2, 2017, shall be extended to February 16, 2017.
- The parties request that the hearing date for both the cross-Motions for Judgment and the Motion to Strike be moved from February 16, 2017 at 2:00 p.m., to March 9, 2017 at 2:00 p.m.   The court's website reflects that the Court is not available for hearings on March 2.

IT IS SO STIPULATED

Dated:  January 13, 2017	The Grey Law Firm, P.C.
Rebecca Grey
Kate Rozenvasser


By: */s/ Rebecca Grey* [as authorized on 1/13/17]
Rebecca Grey
Attorneys for Plaintiff Hadar Meiri

Dated:  January 13, 2017	Burke, Williams & Sorensen, LLP
Melissa M. Cowan
Keiko J. Kojima


By: */s/ Melissa M. Cowan*
Melissa M. Cowan
Attorneys Defendant Hartford Life and Accident Insurance Company

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4852-6475-5008 v1

- 3 -

CASE NO. 3:16-CV-00103-JST
STIPULATION TO CONTINUE MOTION BRIEFING DATES

1  PURSUANT TO STIPULATION, IT IS SO ORDERED:

3  DATED: January 18, 2017  _____
4  Honorable Jon S. Tigar
   United States District Court Judge

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4852-6475-5008 v1       - 4 -       CASE NO. 3:16-CV-00103-JST
STIPULATION TO CONTINUE MOTION
BRIEFING DATES