Rebecca Grey (SBN 194940)
E-mail: grey@greylaw-sf.com
Kate Rozenvasser (State Bar No. 251403)
Email: ksr@greylaw-sf.com
THE GREY LAW FIRM, P.C.
235 Montgomery Street, Suite 1101
San Francisco, CA 94104
Tel: (415) 262-9926    Fax: (415) 262-9981

Attorneys for Plaintiff Hadar Meiri

Melissa M. Cowan, (SBN 175326)
E-mail: mcowan@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600    Fax: 213.236.2700

Attorneys for Defendant Hartford Life and Accident Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| HADAR MEIRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:16-cv-00103-JST<br><br>**STIPULATION AND [PROPOSED] ORDER FOR ONE-WEEK CONTINUANCE OF HEARING FOR CROSS-MOTIONS FOR JUDGMENT UNDER FRCP RULE 52 AND MOTION TO STRIKE**<br><br>**CURRENT DATE: March 9, 2017**<br>**CURRENT TIME: 2:00 p.m.**<br><br>**PROPOSED DATE: March 16, 2017**<br>**PROPOSED TIME: 2:00 p.m.**<br><br>Complaint Filed: January 7, 2016 |

By and through their counsel of record, Plaintiff Hadar Meiri ("Meiri") and Defendant Hartford Life and Accident Insurance Company ("Hartford"), hereby stipulate and respectfully request that the Court permit a one-week continuance of the hearing date on all motions set for March 9 to March 16, 2017, at 2:00 p.m. Good cause exists as follows:

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4819-9283-2067 v1    - 1 -    CASE NO. 3:16-CV-00103-JST
STIP & [PROPOSED] ORDER FOR ONE-WEEK
CONT OF HRG ON THE X-MOTS FOR JDMT & MTS

Whereas counsel for Defendant Hartford, Melissa M. Cowan, learned on the afternoon of February 22, 2017, that her nine-year-old daughter would require surgery as soon as possible. For medical reasons, the surgery cannot be scheduled for two weeks. The surgeon has now confirmed that surgery will proceed on Thursday, March 9, 2017 at UCLA Medical Center in Los Angeles, California.

Whereas the parties' cross-Motions for Judgment under FRCP Rule 52 and Plaintiff's Motion to Strike are set to be heard at 2:00 p.m. on March 9, the same date as the surgery. Defendant's counsel requested that Plaintiff's counsel agree to a one-week continuance of the March 9th hearing to accommodate this unexpected medical matter. Plaintiff's counsel, Ms. Grey, graciously agreed.

All the briefing for the cross-Motions for Judgment (Doc. Nos. 21, 24, 29, 34, 35) and Motion to Strike (Doc. Nos. 30, 33, 36) has been completed. The briefing on Defendant's Motion for Administrative Relief related to Plaintiff's opening Motion (Doc. Nos. 25, 26) has likewise been submitted.

Whereas the parties have confirmed that the court's calendar is still open for hearings on March 16 (although it is closed for hearings on March 9). The parties therefore request that the hearing date for both the Cross-Motions for Judgment and the Motion to Strike be <u>moved from March 9, 2017 at 2:00 p.m., to March 16, 2017 at 2:00 p.m.</u> The parties seek only a one-week continuance of the hearing date. Currently, March 23 is not an available date for counsel. March 30 is also closed on the court's calendar for further hearings.

The parties previously requested two extensions of time related to the briefing for the cross-Motions for Judgment, with a commensurate continuance of the hearing date. The parties first requested a continuance of the responsive motion deadlines and trial due to the medical leave and rehabilitation of Plaintiff's counsel, Rebecca Grey, in late October, and other conflicts. (Doc. Nos. 27, 28) Plaintiff's responsive brief deadline was extended from November 30, 3016 to January 5,

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4819-9283-2067 v1 - 2 -

CASE NO. 3:16-CV-00103-JST
STIP & ORDER FOR 1-WK CONT OF HRG ON X-MTNS FOR JDMT & MTS   METSMTSMTS

2017; Defendant's responsive brief was extended from December 21, 2016 to February 2, 2017; and the Motion hearing moved from January 12 to February 16, 2017, at 2:00 p.m.   The parties requested a second extension for Defendant's responsive brief and opposition to Plaintiff's Motion to Strike due to Defendant's counsel having to prepare for and participate in trial on January 30, 2017. (Doc. Nos. 31, 32) The court continued Defendant's opposition to Plaintiff's Motion to Strike from January 19 to February 7, 2017; Plaintiff's reply for the Motion to Strike to February 16, 2017; Defendant's responsive brief for the cross-Motion for Judgment from February 2 to February 16, 2017; and the hearing date for cross-Motions for Judgment and the Motion to Strike from February 16 to March 9, 2017 at 2:00 p.m.

Due to this unforeseen medical matter, the parties respectfully request that the pending motions be heard on March 16, 2017 at 2:00 p.m., rather than March 9.

IT IS SO STIPULATED.

Dated:  February 27, 2017          The Grey Law Firm, P.C.
                                   Rebecca Grey
                                   Kate Rozenvasser


                                   By: /s/ Rebecca Grey [as authorized on 2/27/17
                                       Rebecca Grey
                                       Attorneys for Plaintiff Hadar Meiri

Dated:  February 27, 2017          Burke, Williams & Sorensen, LLP
                                   Melissa M. Cowan


                                   By: /s/ Melissa M. Cowan
                                       Melissa M. Cowan
                                       Attorneys Defendant Hartford Life
                                       and Accident Insurance Company

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4819-9283-2067 v1     - 3 -     CASE NO. 3:16-CV-00103-JST
STIP & ORDER FOR 1-WK CONT OF HRG ON X-MTNS FOR JDMT & MTS    METSMTSMTS

1  PURSUANT TO STIPULATION, IT IS SO ORDERED:

3  DATED: February 27, 2017

_____
Honorable Jon S. Tigar
United States District Court Judge

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4819-9283-2067 v1

- 4 -

CASE NO. 3:16-CV-00103-JST
**STIP & ORDER FOR 1-WK CONT OF HRG ON X-MTNS FOR JDMT & MTS    METSMTSMTS**