Rebecca Grey (SBN 194940)
E-mail: grey@greylaw-sf.com
THE GREY LAW FIRM, P.C.
235 Montgomery Street, Suite 1101
San Francisco, CA 94104
Tel: (415) 262-9926   Fax: (415) 262-9981

Attorneys for Plaintiff Hadar Meiri


Melissa M. Cowan, (SBN 175326)
E-mail: mcowan@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600   Fax: 213.236.2700

Attorneys for Defendant Hartford Life and Accident Insurance Company

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| HADAR MEIRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:16-cv-00103-JST<br><br>**STIPULATION RE: SETTLEMENT OF PLAINTIFFS' CLAIMS FOR FEES, COSTS AND INTEREST; [PROPOSED] ORDER**<br><br>Complaint Filed: January 7, 2016 |

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4853-0160-9551 v1

- 1 -

CASE NO. 3:16-CV-00103-JST
STIPULATION RE: PLAINTIFFS' CLAIMS
FOR FEES, COSTS, AND INTEREST

Following the Court's Judgment, dated August 29, 2017, the parties have confidentially resolved the issues relating to Plaintiff's claims for attorneys' fees, costs, and interest in lieu of Plaintiff filing any motion. Defendant shall remit payment of the Court's Judgment and the settlement funds within 14 business days of receiving the signed settlement agreement, which has been separately memorialized outside the public record. The Court retains jurisdiction to pursue enforcement of the Judgment and this Order.

Dated: September 18, 2017

The Grey Law Firm, P.C.
Rebecca Grey

By: */s/ Rebecca Grey*
Rebecca Grey
Attorneys for Plaintiff Hadar Meiri

Dated: September 18, 2017

Burke, Williams & Sorensen, LLP
Melissa M. Cowan

By: */s/*
Melissa M. Cowan
Attorneys Defendant Hartford Life
and Accident Insurance Company

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED:

DATED: September 20, 2017

_____
Honorable Jon S. Tigar
United States District Court Judge

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4853-0160-9551 v1

- 2 -

CASE NO. 3:16-CV-00103-JST
STIPULATION RE: PLAINTIFFS' CLAIMS
FOR FEES, COSTS, AND INTEREST